U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 03 2013

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 5:12CR50070-001

THOMAS RUDY MOJICA

### FINAL ORDER OF FORFEITURE

On August 5, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 43). In the Preliminary Order of Forfeiture,

1. Skyy Model CPX-1, 9 MM pistol, serial #018450;

2. Hi Point Model C9, 9 MM pistol, serial #P1432212;

3. Hi Point Model JHP, 45 ACP pistol, serial #X4102590; and,

4. Any ammunition,

was forfeited to the United States pursuant to 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On September 6, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on August 5, 2013, shall become final at this time.

IT IS SO ORDERED this 3rd day of December, 2013.

/s/ P.K. Holmes
_____
HONORABLE P.K. HOLMES III
CHIEF UNITED STATES DISTRICT JUDGE